IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC ALLEN CORDELL                        )
                  Petitioner              )
                                          )
     vs                                   )    Case No. 05-1205
                                          )
SUPT. WAKEFIELD                           )
                  Respondents             )

## REPORT AND RECOMMENDATION

AND NOW, this **31** day of August, 2005, after Eric Allen
Cordell presented a petition for a writ of habeas corpus which he
seeks leave to prosecute in forma pauperis, and it appearing that
he has $1036.24 in his account at the State Correctional
Institution at Greensburg, which sum is far in excess of the
$5.00 filing fee required to commence this action, and it further
appearing that requiring the petitioner to pay the filing fee
will not deprive him of any necessities of life at the
Institution,

It is recommended that leave to proceed in forma pauperis be
denied, and, if it is petitioner's desire to proceed with this
action, that he submit the $5.00 filing fee within 20 days of the
adoption of this Report and Recommendation.

Within 10 days after being served with a copy, any party may
serve and file written objections to the Report and
Recommendation. Any party opposing the objections shall have
seven days from the date of service of objections to respond

thereto.   Failure to file timely objections may constitute a

waiver of any appellate rights

ROBERT C. MITCHELL
United States Magistrate Judge

cc:   Eric Allen Cordell
      EG-3803
      SCI Greensburg
      RD 10, Box 10
      Route 119 South
      Greensburg, PA   15501-8999

2