IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC ALLEN CORDELL,           )
      Petitioner,           )
                                )
      v.               )  Civil Action No. 05-1205
                                )
SUPT. WAKEFIELD, et al.,       )
      Respondents.         )

O  R  D  E  R

AND NOW, this 29th day of September 2005, after the petitioner, Eric Allen Cordell,

filed a petition for a writ of habeas corpus, and after the petitioner moved for leave to proceed in

forma pauperis, and after the Report and Recommendation of the United States Magistrate Judge

was issued, and the petitioner was granted ten days after being served with a copy to file written

objections thereto, and no objections having been filed, and upon independent review of the

record, and upon consideration of the Report and Recommendation of the Magistrate Judge,

which is adopted as the opinion of this Court,

IT IS ORDERED that petitioner Eric Allen Cordell's motion for leave to proceed in

forma pauperis (Docket No. 5) is denied.

/s/ Joy Flowers Conti
United States District Judge

cc:    Eric Allen Cordell
          EG-3803
          SCI Greensburg
          RD # 10
          Box # 10
          Greensburg, PA  15601

          Honorable Robert C. Mitchell
          United States Magistrate Judge